02-12-274-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

 

NO. 02-12-00274-CV 

 

 


 
 
 Trevor Wayne Ireland
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Senior Healthcare Consultants
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM THE 236th
District Court OF Tarrant COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Appellant's Unopposed Motion To Dismiss Appeal.”  It is the
court’s opinion that the motion should be granted; therefore, we dismiss the
appeal.  See Tex. R. App. P. 42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by the party incurring the same, for which let
execution issue.  See Tex. R. App. P. 43.4.

 

                                                                             PER
CURIAM

PANEL: 
WALKER,
MCCOY, and MEIER, JJ. 


 

DELIVERED: 
November 8, 2012 








 









[1]See Tex. R. App. P. 47.4.